[No. 42665-0-II.   Division Two.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE VANDERVEER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-04646-3, Elizabeth P. Martin, J., entered October 5, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren and Penoyar, JJ.

[Nos. 29902-3-III; 30087-1-III.   Division Three.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS RICHARD PITTS, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIE SHEA SANFORD, *Appellant*.

Appeals from a judgment of the Superior Court for Stevens County, No. 10-1-00236-1, Rebecca M. Baker, J., entered April 26, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Siddoway, J.

[Nos. 29974-1-III; 30234-2-III.   Division Three.   November 13, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLYN DODD, *Appellant*.

*In the Matter of the Personal Restraint of* DAVID ALLYN DODD, *Petitioner*.

Appeal from a judgment of the Superior Court for Douglas County, No. 10-1-00192-5, John Hotchkiss, J., entered May 31, 2011, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ.